28 So.3d 201 (2010)
William C. HAUCK, Appellant,
v.
The STATE of Florida, DEPARTMENT OF REVENUE, etc., Appellee.
No. 3D08-2235.
District Court of Appeal of Florida, Third District.
February 24, 2010.
William C. Hauck, in proper person.
Bill McCollum, Attorney General, and William H. Branch, Assistant Attorney General, for appellee.
Before COPE, GERSTEN, and LAGOA, JJ.
PER CURIAM.
Affirmed. See Shojaie v. Gables Court Prof'l Ctr., Inc., 974 So.2d 1140 (Fla. 3d DCA 2008).